IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LAWRENCE L. MAYES, | ) |
| Petitioner, | ) ) ) |
| vs. | ) ) No. CIV-20-480-C |
| JANET DOWLING, Warden, | ) ) ) |
| Respondent. | ) |

JUDGMENT OF DISMISSAL

Upon consideration of the petition for writ of habeas corpus filed herein, the Report and Recommendation of the Magistrate Judge, as well as Petitioner's objections thereto, and the Court's accompanying Order Adopting Report and Recommendation,

IT IS ORDERED, ADJUDGED, AND DECREED that the petition for writ of habeas corpus be and the same is hereby dismissed without prejudice.

DATED this 10th day of September, 2020.

ROBIN J. CAUTHRON
United States District Judge